Decided 6 January, 1902.

MORO MERCANTILE CO. *v.* YAMAOKA.

From Multnomah: ARTHUR L. FRAZER, Judge.

This is an action brought to recover the sum of $663.17, the value of certain goods sold and delivered and moneys loaned. There was no question as to the amount or value of the goods sold and delivered or money loaned, the defendant's attorney having expressly admitted the same to be as claimed by plaintiff. The sole issue to be tried is as to whether the defendant S. Yamaoka was liable for the same. As a matter of fact, the goods were purchased by and the money loaned to one R. Umino, as he now claims, but who represented himself to the plaintiff as S. Yamaoka, and bought the goods and obtained the money under that name, all of which were charged by the plaintiff to S. Yamaoka. The court directed a verdict for plaintiff.    DISMISSED.

*Mr. J. R. Cunnyngham,* for appellant.

*Messrs. Mitchell & Tanner,* for respondent.

The trial fee not having been paid when the case was called for trial, and no one appearing on behalf of appellant, the appeal was dismissed.    DISMISSED.